41 A.3d 737

IN THE MATTER OF ROBERT J. BERNOT, AN ATTORNEY
AT LAW (ATTORNEY NO. 003871982).

May 3, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–371, concluding that **ROBERT J. BERNOT** of **FLEMINGTON,** who was admitted to the bar of this State in 1982, should be reprimanded for violating *RPC* 1.3 (lack of diligence), and good cause appearing;

It is ORDERED that **ROBERT J. BERNOT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.